

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-15-00055-CR

Kevin **ODELL**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 186th Judicial District Court, Bexar County, Texas
Trial Court No. 2014CR5506
Honorable Jefferson Moore, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE ANGELINI, AND JUSTICE PULLIAM

In accordance with this court's opinion issued this date, this appeal is DISMISSED. It is ORDERED that no costs shall be assessed against appellant, in relation to this appeal, because he qualifies as an indigent under TEX. R. APP. P. 20.1.

SIGNED March 25, 2015.

_____
Jason Pulliam, Justice